■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VITO OLIVIERI, Appellant. [707 NYS2d 913] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 19, 1997 (*People v Olivieri,* 239 AD2d 972), affirming a sentence of the County Court, Orange County, imposed November 12, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., O'Brien, Altman, Friedmann and Luciano, JJ., concur.